AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Robert Cannon

V.

Advanced Disposal Services Alabama, L.L.C., d/b/a Sunflower Waste, L.L.C.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:07CV846-WKW

TO: (Name and address of Defendant)

Advanced Disposal Svcs et al
c/o the Corporation Company
2000 Interstate Park Drive Suite 204
Montgomery, AL 36109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James B. Douglas, Jr.
McNeal & Douglas, Attorneys at Law, L.L.C.
1710 Catherine Court, Suite B
Auburn, AL 36830

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  9-19-07