| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>The Corporation Company  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>The Corporation Company  9/20/07 |
| 1. Article Addressed to:<br><br>Advanced Disposal Svcs et al<br>c/o the Corporation Company<br>2000 Interstate Park Drive Suite 204<br>Montgomery, AL  36109 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3:07CV846<br>S+C<br><br>Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☒ Yes |
| 2. Article Number (Transfer from service label) | 7001 1140 0003 2239 8078 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540