# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ROBERT CANNON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07cv846-wkw |
| | ) |
| **ADVANCED DISPOSAL SERVICES** | ) |
| **ALABAMA L.L.C., d/b/a SUNFLOWER** | ) |
| **WASTE L.L.C.,** | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

Defendant Advanced Disposal Services Alabama L.L.C., d/b/a Sunflower Waste, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Advanced Disposal Services, Inc. | Parent |

270372.1

*/s/ J. Tobias Dykes*
Counsel Signature
J. Tobias Dykes (ASB-0483-E66J)
Direct Dial No.: (205) 226-5469
CONSTANGY, BROOKS & SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Facsimile:  (205) 323-7674

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following on this 10th day of October, 2007, to:

James B. Douglas, Jr.
McNeal & Douglas, Attorneys at Law, L.L.C.
P.O. Box 1423
Auburn, Alabama 36831

*/s/ J. Tobias Dykes*
J. Tobias Dykes

270372.1