# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT CANNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. |
| ADVANCED DISPOSAL ) | 3:07cv846-wkw |
| SERVICES ALABAMA L.L.C., ) | |
| d/b/a SUNFLOWER WASTE ) | |
| L.L.C., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S AMENDED ANSWER TO COMPLAINT

Defendant Advanced Disposal Services Alabama LLC, d/b/a Sunflower Waste LLC, amends its answer to plaintiff's Complaint to include the following additional defenses[1]:

### TWENTIETH DEFENSE

Defendant pleads the defense of truth.

### TWENTY-FIRST DEFENSE

Defendant pleads the defense of privilege.

---

[1] Defendants adopts in full its original answer to plaintiff's Complaint.

Respectfully Submitted,

*/s/ J. Tobias Dykes*
J. Tobias Dykes (ASB-0483-E66J)
Direct Dial No.: (205) 226-5469
CONSTANGY, BROOKS & SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Facsimile:   (205) 323-7674

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Douglas, Jr.
McNeal & Douglas, Attorneys at Law, L.L.C.
P.O. Box 1423
Auburn, Alabama 36831


*/s/ J. Tobias Dykes*
J. Tobias Dykes