IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT CANNON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION NO.** |
| **ADVANCED DISPOSAL** | ) | **3:07cv846-wkw** |
| **SERVICES ALABAMA L.L.C.,** | ) | |
| **d/b/a SUNFLOWER WASTE** | ) | |
| **L.L.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

In compliance with Section 3 of the Uniform Scheduling Order, the parties have conferred regarding settlement of this lawsuit, including a face to face settlement conference. The parties were unable to resolve the lawsuit. The parties do not believe at this time that mediation will assist in resolving this case.

Respectfully Submitted this 5th day of September, 2008.

                                               */s/ J. Tobias Dykes*
                                               J. Tobias Dykes (ASB-0483-E66J)
                                               Direct Dial No.: (205) 226-5469
                                               CONSTANGY, BROOKS & SMITH, LLC
                                               Suite 900, One Federal Place
                                               1819 Fifth Avenue North
                                               Birmingham, AL 35203
                                               Facsimile:   (205) 323-7674

/s/ James B Douglas, Jr.
James B. Douglas, Jr.
Attorney for Plaintiff
McNeal & Douglas,
Attorneys at Law, L.L.C.
P.O. Box 1423
Auburn, Alabama 36831
334-821-1596
Ala Bar #8935-u83j