IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT CANNON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADVANCED DISPOSAL SERVICES )<br>ALABAMA LLC, d/b/a SUNFLOWER )<br>WASTE, LLC, )<br>)<br>Defendant. ) | CASE NO. 3:07-CV-846-WKW[WO] |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT and DECREE that judgment is ENTERED in favor of Defendant and against Plaintiff on all federal claims and that Plaintiff's state law claims are DISMISSED without prejudice, pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of March, 2009.

                                              /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE